Argued March 5, affirmed March 20, 1928.

HAROLD McEWEN *v.* A. B. CUTLER.

(265 Pac. 1116.)

From Multnomah: GEORGE ROSSMAN, Judge.

Department 2.

AFFIRMED.

For appellant there was a brief over the names of *Messrs. Senn & Recken* and *Mr. F. C. McDougal,* with an oral argument by *Mr. F. S. Senn.*

For respondent there was a brief and oral argument by *Mr. Chester G. Murphy.*

PER CURIAM.—The court is unanimously of the opinion that there is manifestly no merit in this appeal. Therefore, the judgment of the lower court is affirmed.                    AFFIRMED.